JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| OMAR LUNAR,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>GUSTAVO MACIAS CASTILLO, et al.,<br><br>　　　　Defendants. | Case No. CV 20-10145-VAP-GJSx<br><br>**ORDER OF DISMISSAL** |

　　　The Court having been advised by counsel for the parties that the above-entitled action has settled,

　　　IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

　　　THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated:  March 10, 2021

　　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　United States District Judge

1